

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-24-00561-CV

**IN THE MATTER OF A.J.P.**

From the 386th Judicial District Court, Bexar County, Texas
Trial Court No. 2024JUV00245
Honorable Jacqueline Herr-Valdez, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE MCCRAY, AND JUSTICE MEZA

In accordance with this court's opinion of this date, the trial court's disposition order is **AFFIRMED**.

SIGNED June 11, 2025.

_____
Velia J. Meza, Justice